```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 34582
   CYNTHIA M LEAL
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-7787


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 08/30/2005 and was confirmed 10/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/14/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
CITIZENS BANK              CURRENT MORTG    3562.94           .00        3380.28
CHASE HOME FINANCE LLC     CURRENT MORTG   56120.70           .00       56120.70
CITIZENS BANK              MORTGAGE ARRE     157.00           .00         157.00
CHASE HOME FINANCE LLC     MORTGAGE ARRE    3989.87           .00        3989.87
LVNV FUNDING LLC           UNSECURED       14065.78           .00         787.76
DISCOVER FINANCIAL SERVI   UNSECURED       11632.94           .00         651.50
LAWN PRO SERVICE           UNSECURED      NOT FILED           .00            .00
VW CREDIT                  FILED LATE       7649.03           .00            .00
TIMOTHY K LIOU             DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                      3,817.74
DEBTOR REFUND              REFUND                                         195.15

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             69,100.00

PRIORITY                                       .00
SECURED                                  63,647.85
UNSECURED                                 1,439.26
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                      3,817.74
DEBTOR REFUND                               195.15
                    ---------------   ---------------
TOTALS              69,100.00            69,100.00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 34582 CYNTHIA M LEAL
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/04/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 34582 CYNTHIA M LEAL